UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURA INSURANCE, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO.  1:08-cv-839-WTL-JMS |
| BRYAN P. JONES, et al., | ) |
| Defendants. | ) |

## ENTRY APPOINTING GUARDIAN AD LITEM

It appears that two of the Defendants in this case, Xyoi Rogers and Cameron Cole, are minors and that Defendant Chonica N. Cole is their mother.  Chonica Cole has been served with the complaint in this case, as have her children; none of them have filed an appearance. Accordingly, Plaintiff SECURA Insurance has sought the entry of default against them, which the Clerk has entered this date.

Pursuant to Federal Rule of Civil Procedure 17(c)(2), the Court hereby appoints Gary L. Miller, Esq., to serve as guardian ad litem to protect the interests of Xyoi Rogers and Cameron Cole in this case.  Mr. Miller's contact information is as follows:

> Gary L. Miller
> The Law Office of Gary L. Miller, LLP
> 5650 West 86th St. Suite 134-116
> Indianapolis, IN  46278
> (317) 403-6550

The Court requests that compensation and reimbursement of expenses be made to the guardian ad litem from the Court's Library Fund, to the extent that the appropriate Committee deems such reimbursement to be reasonable.

SO ORDERED:   01/27/2009

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies by United States Mail to:

Chonica Cole
Cameron Cole
Xyoi Rogers
635 Broken Bow Trail Apt. 1215
Indianapolis, IN  46214

Gary L. Miller
The Law Office of Gary L. Miller, LLP
5650 West 86th St. Suite 134-116
Indianapolis, IN  46278

Copies via electronic notification to:

Trevor J. Crossen
WAGNER REESE & CROSSEN, LLP
tcrossen@injuryattorneys.com,
kgoodwin@injuryattorneys.com

Jan Thomas Vetne
JONES OBENCHAIN LLP
jtv@jonesobenchain.com